

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00385-CR

**LESLIE KAY KLEMANSKY,**

        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

        **Appellee**

---

**From the 19th District Court
McLennan County, Texas
Trial Court No. 2010-769-C1**

---

## MEMORANDUM  OPINION

Leslie Kay Klemansky appealed her convictions for one count of sexual assault of a child and two counts of sexual performance of a child.  A motion to dismiss the appeal has now been filed.  Klemanksy personally signed the motion to dismiss.

Accordingly, the appeal is dismissed.  TEX. R. APP. P. 42.2(a).


        TOM GRAY
        Chief Justice

Before Chief Justice Gray,
 Justice Davis, and
 Justice Scoggins
Appeal dismissed
Opinion delivered and filed May 18, 2011
Do not publish
[CR25]